**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, FT. MYERS DIVISION

Case number (if known) _____     Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Realmark Marina Grill, L.L.C.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1452100** | |
| 4. | **Debtor's address** | **Principal place of business** **5793 Cape Harbour Dr., #116** **Cape Coral, FL 33914** Number, Street, City, State & ZIP Code **Lee** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Realmark Marina Grill, L.L.C.**                                      Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **Realmark Marina Grill, L.L.C.**                                    Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Attachment**                              Relationship
District _____  When _____                Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor **Realmark Marina Grill, L.L.C.**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Realmark Marina Grill, L.L.C.**                              Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12.12.2022
             MM / DD / YYYY

X  _[signature]_                                              **Dennis J. Bessey**
Signature of authorized representative of debtor              Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Amy Denton Mayer                                       Date  12.12.2022
Signature of attorney for debtor                                    MM / DD / YYYY

**Amy Denton Mayer**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St., Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813-229-0144**           Email address  **amayer@srbp.com**

**0634506 - Florida FL**
Bar number and State

Debtor **Realmark Marina Grill, L.L.C.**　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, FT. MYERS DIVISION

Case number (*if known*) _____　Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Realmark Parking Services One, LLC** | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Fort Myers Division**　When _____ | Case number, if known | |
| Debtor | **Realmark Parking Services Two, LLC** | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Fort Myers Division**　When _____ | Case number, if known | |

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 6

Alliant, LLC dba Premier ATM
3350 W. Americana Terrace, #340
Boise, ID 83706

Big Kahuna Tiki Huts
601 Monroe Ave.
Cape Canaveral, FL 32920

Capital One
P.O. Box 60519
City of Industry, CA 91716-0519

Clover
First Data Reporting
P.O. Box 6604
Hagerstown, MD 21741-6604

CRE Cape Harbour Land, LLC
5789 Cape Harbour Dr., #201
Cape Coral, FL 33914

CRE Cape Harbour Marina, LLC
5789 Cape Harbour Dr., #201
Cape Coral, FL 33914

Edward M. Livingston, Esq.
Livingston Law, P.A.
P.O. Box 110340
Naples, FL 34108

Gerard A. McHale, Jr. P.A.
1601 Jackson Street, Suite 200
Fort Myers, FL 33901

Gray Robinson
P.O. Box 3068
Orlando, FL 32802

Hancock Askew & Co., LLP
3740 Davinci Court, #400
Norcross, GA 30092

Harbour Rentals, LLC
5793 Cape Harbour Dr., #116
Cape Coral, FL 33914

Henderson Franklin Starnes & Holt
P.O. Box 280
Fort Myers, FL 33902-0280

```
Hunton Andrews Kurth LLP
1111 Brickell Ave., #2500
Miami, FL 33131

Kynes, Markman & Felman, P.A.
P.O. Box 3396
Tampa, FL 33601-3396

Litestar
5793 Cape Harbour Dr., #116
Cape Coral, FL 33914

Meta at Cape Harbour Community Assoc.
c/o Resort Management
2685 Horseshoe Dr., #215
Naples, FL 34104

Realmark Cottages
5793 Cape Harbour Dr., #116
Cape Coral, FL 33914

Realmark Development, LLC
5793 Cape Harbour Dr., #116
Cape Coral, FL 33914

Realmark Management Services, LLC
5793 Cape Harbour Dr., #116
Cape Coral, FL 33914

Rumrunners, LLC
5793 Cape Harbour Dr., #116
Cape Coral, FL 33914

SHM Cape Harbour, LLC
c/o Chene M. Thompson, Esq.
Pavese Law Firm
1833 Hendry St.
Fort Myers, FL 33901

Snappers, Inc.
5848 Cape Harbour Dr.
Cape Coral, FL 33914

Trey Crawford, Esq.
Crawford Wishnew Lang
1700 Pacific Ave., #2390
Dallas, TX 75201

Wayne Automatic Fire Sprinklers. Inc.
222 Capital Court
```

Ocoee, FL 34761