UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.uscourts.flmb.gov

In re:  Chapter 11, Subchapter V

REALMARK MARINA GRILL, LLC,  Case No. 2:22-bk-1229-FMD

  Debtor.
_____/

**DEBTOR'S MOTION TO EXTEND TIME FOR STICHTER,
RIEDEL, BLAIN & POSTLER, P.A. TO FILE FEE APPLICATION**

REALMARK MARINA GRILL, LLC (the "**Debtor**"), respectfully requests the entry of an order extending the time within which Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") has to file its fee application. In support of the motion, the Debtor respectfully represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. § 1408.

2. The statutory predicate for the relief requested by this motion are 11 U.S.C. § 105(a) of the Bankruptcy Code.

**Background**

3. On December 12, 2022 (the "**Petition Date**"), the Debtor filed its Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy**

**Code**") and made an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

4. On October 25, 2023, the Debtor filed its *Amended Plan of Reorganization for Small Businesses Under Chapter 11* (Doc. No. 207) (the "**Plan**").

5. On October 27, 2023, the Court entered its *Order Scheduling (I) Hearing on Confirmation of Plan of Reorganization, (II) Deadlines with Respect to Confirmation Hearing, and (III) Deadlines for Filing Administrative Expense Applications (*the "**Scheduling Order**") (Doc. No. 208). The Scheduling Order set the hearing on confirmation of the Plan for December 4, 2023.

6. On November 13, 2023, the Debtor filed a *Motion to Extend Time for Professionals Employed by the Debtors to File Fee Applications* (Doc. No 216) (the "**Extension Motion**") requesting an extension through and including November 30, 2023, of the deadline for professionals employed by the Debtor to file fee applications. On November 15, 2023, the Court entered its order granting the Extension Motion.

## Relief Requested

7. The Debtor respectively requests the entry of an order extending the time to the date that is thirty (30) days from the entry of an order confirming the Plan within which Stichter Riedel has to file its fee application seeking compensation for services rendered and reimbursement of expenses.

8. The Debtor submits that the relief requested herein will not prejudice any party in interest.

WHEREFORE, the Debtor respectfully requests that this Court enter an order: (a) granting this motion; (b) extending the time to a date that is thirty (30) days from the entry of an order

confirming the Plan, within which Stichter Riedel has to file fee its application seeking compensation for services rendered and reimbursement of expenses; and (c) providing such other and further relief as this Court deems just.

        */s/ Amy Denton Mayer*
        Amy Denton Mayer (FBN 0634506)
        Stichter Riedel Blain & Postler, P.A.
        110 East Madison Street, Suite 200
        Tampa, Florida   33602
        Telephone: (813) 229-0144
        Email:  amayer@srbp.com
        Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing *Debtor's Motion to Extend Time for Stichter, Riedel, Blain & Postler, P.A. to File Fee Application* have been furnished on this 30th day of November, 2023, by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing.

        */s/ Amy Denton Mayer*
        Amy Denton Mayer

4895-9183-0676, v. 1