UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Chapter 11, Subchapter V

REALMARK MARINA GRILL, L.L.C.,  Case No. 2:22-bk-1229-FMD

　　　　　Debtor.
_____/

**BALLOT TABULATION**

Date prepared:  December 1, 2023

Prepared by:  Stichter, Riedel, Blain & Postler, P.A.
Attorneys for the Debtor

Filed with respect to:  *Amended Plan of Reorganization for Small Businesses* (Doc. No. 207) and *Amendment to Amended Plan of Reorganization for Small Businesses* (Doc. No. 226)

### SUMMARY OF VOTE BY CLASSES OF CLAIMS AND INTERESTS

| Class | Classified Claims | Impaired/ Unimpaired | Total Voting No. | Total Voting Amt | Acceptances No. | Acceptances Amt | Percentages No. | Percentages Amt | Requisite Vote Y/N |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Priority Claims | Unimpaired | Presumed Acceptance Pursuant to Section 1126(f) | | | | | | Yes |
| 2 | Alleged property rights of SHM | Impaired | 1 | $7,682,769 | | $7,682,769 | 100% | 100% | Yes |
| 3 | Secured Tax Claims [1] | Impaired | | | | | | | |
| 4 | Claim of CRE | Impaired | 2 | $170,000 | 2 | $170,000 | 100% | 100% | Yes |
| 5 | Claim of Snappers, Inc. | Impaired | 1 | $325,000.00 | 1 | $325,000 | 100% | 100% | Yes |
| 6 | Non-priority, non-insider unsecured claims[1] | Impaired | | | | | | | |
| 7 | Non-priority insider unsecured claims | Impaired | 5 | $1,251,243.31 | 5 | $1,251,243.31 | 100% | 100% | Yes |
| 8 | Equity Interests | Unimpaired | Presumed Acceptance Pursuant to Section 1126(f) | | | | | | Yes |

　　　　　　　　　　　　　　　　　　*/s/ Amy Denton Mayer*
　　　　　　　　　　　　　　　　　　Amy Denton Mayer (FBN 634506)
　　　　　　　　　　　　　　　　　　Stichter Riedel Blain & Postler, P.A.
　　　　　　　　　　　　　　　　　　110 East Madison Street, Suite 200
　　　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　　　Telephone: (813) 229-0144
　　　　　　　　　　　　　　　　　　Email: amayer@srbp.com
　　　　　　　　　　　　　　　　　　Attorneys for Debtor

---

[1] The Debtor anticipates that Classes 3 and 6 will cast a ballot accepting the plan prior to or at the confirmation hearing.